Name & Address:
Michael P. Martin - SBN 190213
Fischbach, Perlstein, Lieberman & Almond, LLP
1925 Century Park East, Suite 2050
Los Angeles CA 90067
310 556-1956 / mmartin@fpllaw.com

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE VILLAGE RECORDER, a California corporation<br><br>PLAINTIFF(S)<br>v.<br><br>THE VILLAGE MUSIC SCHOOL, INC., a Delaware Corporation, and DOES 1-10.<br><br>DEFENDANT(S). | CASE NUMBER<br><br>2:23-cv-5548 JWF (AGRx)<br><br><br><br>**SUMMONS** |

TO:   DEFENDANT(S):   THE VILLAGE MUSIC SCHOOL, INC., a Delaware Corporation,

A lawsuit has been filed against you.

Within  **21**  days after service of this summons on you (not counting the day you received it), you must serve on the plaintiff an answer to the attached ☑ complaint ☐ _____ amended complaint ☐ counterclaim ☐ cross-claim or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff's attorney, **Michael P. Martin**, whose address is **1925 Century Park East, Suite 2050, Los Angeles, CA 90067**.  If you fail to do so, judgment by default will be entered against you for the relief demanded in the complaint.  You also must file your answer or motion with the court.

Dated: 07/12/2023

Kiry K. Gray
Clerk, U.S. District Court

By: _____
Deputy Clerk

(Seal of the Court)

*[Use 60 days if the defendant is the United States or a United States agency, or is an officer or employee of the United States.  Allowed 60 days by Rule 12(a)(3)].*